Opinion approved by the court.

## COLVIN v. STATE.
### No. 26429.

Court of Criminal Appeals of Texas.
May 13, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

Appellant, having waived a jury, entered his plea of not guilty before the court. He was found guilty of driving a motor vehicle while intoxicated and his punishment assessed at a fine of $100.

There is no statement of facts in the record and no bills of exception are brought forward for our consideration. All proceedings appear regular.

The judgment is affirmed.

## McCOLLUM v. STATE.
### No. 26427.

Court of Criminal Appeals of Texas.
May 13, 1953.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $100.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.